UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEVAN SIMMS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON CONNECT FLEET USA LLC,<br><br>Defendant. | Civil Action No.<br>1:22-CV-03205-MLB<br><br><br>**Judge Michael L. Brown** |

### PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL EXHIBIT

Plaintiff, Stevan Simms ("Simms" or "Plaintiff") by and through the undersigned counsel, and pursuant to this Court's Order (DE 24) hereby notifies the Court of the filing of the revised Settlement Agreement and Release, attached as <u>Exhibit 1</u>, that supplements and replaces the previously filed Settlement Agreement (DE 22-1), that is signed by all parties, and that incorporates the Court's redlined edits contained in this Court's Order (DE 24 at 4).

Respectfully submitted March 30, 2023.

*/s/ Mitchell L. Feldman*
Mitchell L. Feldman, Esq.
Georgia Bar No.: 257791
FELDMAN LEGAL GROUP
1201 Peachtree Street, NE
Second Floor
Atlanta, GA 30361
Telephone: (813) 639-9366

1

Facsimile: (813) 639-9376
*Attorney for Plaintiff*

### **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2023, I served a true copy of the foregoing via the Court's CM/ECF filing system, which shall cause a copy of the foregoing to be served upon counsel of record in this matter.

*/s/ Mitchell L. Feldman*
Mitchell L. Feldman, Esq.