IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Stevan Simms, *individually and on behalf of all others similarly situated*,

          Plaintiff,

v.

Verizon Connect Fleet USA LLC,

          Defendant.

_____/

Case No. 1:22-cv-3205-MLB

## **ORDER**

This matter is before the Court on the parties' joint request to approve the settlement (Dkt. 25)[1] they have reached in this Fair Labor Standards Act case. The parties report that they have reached a negotiated compromise of Plaintiff's claims. The parties have provided

---

[1] The Court construes Plaintiff's "Notice of Filing Supplemental Exhibit" (Dkt. 25) as a joint motion for settlement approval. The Court previously denied without prejudice the parties' motion for approval of FLSA settlement (Dkt. 22), noting the parties could revise the settlement agreement. (Dkt. 24.) The parties have now incorporated the Court's proposed revisions (Dkts. 24; 25).

the Court with a copy of the settlement agreement for review, and the settlement agreement contains all material terms of the parties' negotiated compromise. Having reviewed the pleadings, considered the terms of the proposed settlement, and for good cause shown, the Court finds the terms of the settlement to be fair and reasonable, and the settlement (Dkt. 25-1) is hereby **APPROVED**. The Court **DISMISSES** this case with prejudice and retains jurisdiction to enforce the Settlement Agreement as necessary.

    **SO ORDERED** this 30th day of October, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE